**Order entered January 29, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01433-CV

### JACOB OLIVER, Appellant

### V.

### ELINOR ROWAN, ROY ROWAN, AND JULIE ROWAN, Appellees

### On Appeal from the 162nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-06001

## ORDER

The reporter's record in this appeal is overdue. By postcard dated December 20, 2019, we directed Sheretta L. Martin to file, within thirty days, the reporter's record, written verification no hearings were recorded, or written verification appellant had not requested the record. To date, Ms. Martin has not complied. Accordingly, we **ORDER** Ms. Martin, Official Court Reporter of the 162nd Judicial District Court, to file the record or requested written verification no later than February 18, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Martin and the parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE